that each of the products in question contains materials provided for in said section 701 as follows: Sapamine KWC Pat.—53 percent; Silvatol I—29 percent, the merchandise was held subject to an internal revenue tax of 3 cents per pound under said section to the extent that the weight by quantity of the taxable material bears to the total weight of each of the imported products. Protest sustained to this extent.

**No. 49911.**—Protest 993954–G of Ciba Co., Inc. (New York).

Opinion by COLE, J. A written stipulation showed that the "Sapamine FL pat." contains only 51 percent of materials provided for in said section 701 and that the "Albatex PO pat." contains no merchandise covered by any of the provisions of the internal revenue laws. In accordance therewith the "Sapamine FL pat." was held subject to a tax of 3 cents per pound under said section 701 to the extent that the weight by quantity of the taxable material (51 percent) bears to the total weight of the imported product. It was also held that the so-called "Albatex PO pat." is not subject to internal revenue tax. Protest sustained to this extent.

**No. 49912.**—Protest 848621–G of Shun On & Co. (San Francisco).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and therefore excluded from paragraph 5. The protest was sustained to this extent.

**No. 49913.**—Protests 944006–G, etc., of Sang Wo & Co. et al. (San Francisco).

Opinion by COLE, J. The merchandise was classified and claimed dutiable at the same rates and under the same paragraphs as similar merchandise covered by *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247). In accordance with stipulation of counsel and on the authority of said cited case the merchandise at bar was found to contain salt and therefore excluded from paragraph 5. The protests were sustained to this extent.

**No. 49914.**—Protest 948959–G of Shun Ying Chong & Co. (San Francisco).